UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUDAS K. CHACKO, | No. 2:12-cv-02881 MCE JFM (PS) |
| Plaintiff, | |
| v. | ORDER |
| CITY OF SACRAMENTO, | |
| Defendant. | |

      Plaintiff, proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On July 10, 2013, the Magistrate Judge filed findings and recommendations herein (ECF No. 12) which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations (ECF No. 12) filed July 10, 2013, are ADOPTED IN FULL;
2. Defendant's January 24, 2013, Motion to Dismiss (ECF No. 5) is GRANTED; and
3. Not later than thirty (30) days following the date this Order is electronically filed, Plaintiff may file an Amended Complaint to include new allegations as to Defendant.

Date: August 05, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT