UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUDAS K. CHACKO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SACRAMENTO,<br><br>　　　　　Defendant. | No. 2:12-cv-2881-MCE-EFB PS<br><br><br>ORDER RE SETTLEMENT & DISPOSITION |

　　　Pursuant to the representations of counsel and the parties at a Settlement Conference conducted in Chambers on May 15, 2014, the above-captioned case has settled.

　　　The court now orders that dispositional documents are to be filed not later than sixty (60) days from the date of this order.

　　　All hearing dates set in this matter are VACATED and all pending motions are denied as moot.

　　　FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

　　　IT IS SO ORDERED.

DATED: May 15, 2014.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE